UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:25-cr-00126

**United States of America**

v.

**Jose Alexander Argueta-Munoz**

# ORDER

The court referred this matter to U.S. Magistrate Judge John D. Love for administration of a guilty plea under Federal Rule of Criminal Procedure 11. The magistrate judge conducted a hearing in the form and manner prescribed by Rule 11 and issued findings of fact and a recommendation on the guilty plea. Doc. 30. The magistrate judge recommended that the court accept defendant's guilty plea and adjudge defendant guilty on count one of the indictment. *Id*. Defendant waived his right to object to the magistrate judge's findings. *Id.* at 2.

The court accepts the magistrate judge's findings of fact and recommendation on the guilty plea. The court also accepts defendant's plea but defers acceptance of the plea agreement until after review of the presentence report.

In accordance with defendant's guilty plea, the court finds defendant Jose Alexander Argueta-Munoz guilty of count one of the indictment, charging a violation of 18 U.S.C. § 922(g)(5) - prohibited person in possession of a firearm.

*So ordered by the court on August 12, 2026.*

J. CAMPBELL BARKER
United States District Judge